# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martha Pennington,<br><br>    Plaintiff,<br><br>v.<br><br>Pizza Venture of Tucson LLC, et al.,<br><br>    Defendants. | No. CV-18-00236-TUC-JGZ<br><br>**ORDER** |

Plaintiff has filed a complaint alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.,* and the Arizona Employment Practices and Working Conditions Law, A.R.S. § 23-201 *et. seq*., related to her employment as a delivery driver. (Doc. 1.) Plaintiff advances her claims on behalf of herself and all other similarly situated delivery drivers.

On May 29, 2018, Defendants filed a Motion to Compel Arbitration and Stay Proceedings. (Doc. 9.) Defendants seek to compel arbitration of Plaintiff's claims under the Federal Arbitration Act (FAA), 9 U.S.C. § 2, because Plaintiff contractually waived her rights to pursue her claims as a class action and/or collective action. Defendants request "that the Court grant [their] Motion and dismiss the action or, in the alternative, compel individual, bilateral arbitration and stay all further proceedings in this action until arbitration has been completed . . . ." (Doc. 9 at 8.) On June 11, 2018, Defendants filed a Notice to the Court Regarding Motion to Compel Arbitration and Stay Proceedings indicating that Plaintiff's counsel has advised "that Plaintiff does not oppose Defendants'

Motion." (Doc. 10 at 2.) Defendants reassert their request that the Court enter an order "compelling this case to bilateral, individual arbitration, and either dismissing this action or staying all further proceedings in this action until arbitration has been completed . . . ." (*Id.*)

Plaintiff has not disputed Defendants' assertion that all of her claims are subject to arbitration. In this circumstance, "§ 3 of the FAA, 9 U.S.C. § 3, seems to direct that the action 'shall' be stayed pending completion of arbitration . . . ." *Johnmohammadi v. Bloomingdale's, Inc.*, 755 F.3d 1072, 1073 (9th Cir. 2014). However, the Ninth Circuit has "held that, notwithstanding the language of § 3, a district court may either stay the action or dismiss it outright when, as here, the court determines that all of the claims raised in the action are subject to arbitration." *Id.* 1073–74 (citing *Sparling v. Hoffman Constr. Co.*, 864 F.2d 635, 638 (9th Cir. 1988)). Accordingly,

IT IS ORDERED that Defendants' Motion to Compel Arbitration and Stay Proceedings (Doc. 9) is GRANTED and this action is DISMISSED.

The Clerk of Court is directed to enter judgment accordingly and to close the file in this matter.

Dated this 25th day of June, 2018.

_____
Honorable Jennifer G. Zipps
United States District Judge