# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Martha Pennington,

    Plaintiff,

v.

Pizza Venture of Tucson LLC, et al.,

    Defendants.

NO. CV-18-00236-TUC-JGZ

**JUDGMENT OF DISMISSAL IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed June 26, 2018, the complaint and action are dismissed. This matter is closed.

Brian D. Karth
District Court Executive/Clerk of Court

June 26, 2018

By   s/ B Cortez
Deputy Clerk